562 U.S. 1127, 131 S. Ct. 858, 178 L. Ed. 2d 622, 2011 U.S. LEXIS 8.

January 7, 2011. Motion of the Acting Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

**No. 09-1403. Erica P. John Fund, Inc., fka Archdiocese of Milwaukee Supporting Fund, Inc., Petitioner v. Halliburton Co., et al.**

562 U.S. 1127, 131 S. Ct. 856, 178 L. Ed. 2d 622, 2011 U.S. LEXIS 9.

January 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit granted.

Same case below, 597 F.3d 330.

**No. 10-209. Blaine Lafler, Petitioner v. Anthony Cooper.**

562 U.S. 1127, 131 S. Ct. 856, 178 L. Ed. 2d 622, 2011 U.S. LEXIS 10.

January 7, 2011. Motion of respondent for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit granted. In addition to the question presented by the petition the parties are directed to brief and argue the following question: "What remedy, if any, should be provided for ineffective assistance of counsel during plea bargain negotiations if the defendant was later convicted and sentenced pursuant to constitutionally adequate procedures?"

Same case below, 376 Fed. Appx. 563.

**No. 10-444. Missouri, Petitioner v. Galin E. Frye.**

562 U.S. 1128, 131 S. Ct. 856, 178 L. Ed. 2d 622, 2011 U.S. LEXIS 11.

January 7, 2011. Motion of respondent for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the Court of Appeals of Missouri, Western District, granted. In addition to the question presented by the petition the parties are directed to brief and argue the following question: "What remedy, if any, should be provided for ineffective assistance of counsel during plea bargain negotiations if the defendant was later convicted and sentenced pursuant to constitutionally adequate procedures?"

Same case below, 311 S.W.3d 350.

**No. 10-568. Nevada Commission on Ethics, Petitioner v. Michael A. Carrigan.**

562 U.S. 1127, 131 S. Ct. 857, 178 L. Ed. 2d 622, 2011 U.S. LEXIS 13.

January 7, 2011. Petition for writ of certiorari to the Supreme Court of Nevada granted.

Same case below, 126 Nev. 277, 236 P.3d 616.